# EXHIBIT A

Dear Honorable Judge Kronstadt,

    I want to thank you for allowing me this opportunity to provide the Court with information I believe will be useful to you as you consider my sentence.  First I want to apologize to you your honor, the Court, the US, the victims and my family.  For wasting your time as well as my own.  I ask for forgiveness your honor, and I take full responsibility for my actions.  I ask that you please judge me by my heart and not my mistakes.

    I grew up in a home with 4 older sisters, 2 older brothers and my mom a single parent.  She worked most of the time to keep a roof over me and my siblings.  My siblings mainly focused on themselves.  I still felt alone without my mother being home, going days and nights without a meal and going to school sometimes in the same clothes and shoes that were too small for me.

    Walking home from school one day, I stopped in a grocery store, never stealing anything in my life before.  I stole from the store with my friends after feeling too embarrassed to tell my friends I was really hungry and haven't ate at home.  I know my friends were doing it to look cool.  Later on, starting to run out of Stater Bros with meals and leaving malls with better clothes trying to survive, is what led me to this route.

    But I have no one to blame but myself seeing an easy way and going for it, not realizing I am hurting others in the process.  I truly apologize, but words aren't enough.

    Sir, I understand we are on borrowed time and my mother is getting older.  As long as I could remember and still to this day, my mother has to provide for 6 of her children with little help.  I want to be able to pay her back and show her I appreciate everything she has done for me and my siblings.  It's been rough for us all that I am in here.  I do have a support system that loves and wants better from me.

    To learn more about my mistakes and figure out ways to avoid them in the future, I have requested to be in every class here.  I ask for classes to further my education as well as therapy and drug classes.  Since I have been incarcerated, I have been reading and praying.  I have also been doing a lot of thinking.  This is not what God has in store for me.  This is not what my family wants for me.  This

is not what I want for myself.  This is not my destination.  I have learned from my mistakes that this is not where I want to be.  Jail is not for me.

When I complete my sentence, I plan to give back.  Better things with my family, be a better person, go to church and find a stable job.

I feel you should believe me sir because this is not a place I want to be and I understand I have to stay away from what will lead me to be here in the same position.  I fear God.

Thank you, your honor for reading my letter.


Sincerely,

Tony Stewart