# EXHIBIT B

Dear Judge John A. Kronstadt,

My name is Jessica Vallier I am the mother of Tony Stewart. I work at Janet Enterprise, Bright Springs formerly known as ResCare, in San Bernardino Ca. Janet Enterprise and ResCare is a ICF DDH facility for handicap adults one I manage and the other I work a NOC shift/

I live in San Bernardino CA, for 35 years. I was born in Louisiana. I grew up with only my father. I lived at my current address for 8 years. I am writing this letter in regards to Tony Stewart. He grew up in a large close-knit family with a lot of aunts, uncles, cousins and friends. Tony was very energetic he and I grew up really close because I tried to fill that missing void he had when he lost his father.

I worked hard to give my children things I never had when I was growing up. Tony didn't have a strong positive working male role model in his life. But I was proud of him because I kept him in sports first football then he started playing basketball for his middle school. He loved basketball and was really good at it he even got the attention of a traveling team that wanted him to play for them.

Tony was very independent at a very young age he sold candy and would use his money to buy himself shoes and several different pairs of shoes. I was proud of Tony. He was a popular kid he had lots of friends. Some better than others. Tony always had a kind and caring heart. Some of the friends he had had a lot of freedom they were out in the streets living from friend to friend and Tony was always having someone sleeping on his floor; sometimes 3 or four people at a time. He was loved.

I helped Tony and a couple of his friends get a job at Horrigan enterprises which is now Janet Enterprise and they did well especially Tony he was very good at working with the disabled and his clients and co workers liked him he would take them out on outings. My supervisor would asked me to ask Tony to come back to work and before he got arrested, I had a talk with him and he did agree to go back to work.

Tony been through so much at a young age he saw too much and experience too much. He lost several people he was close to. Stepdads, older brother, several friends all to violence.

Your Honor months before he was arrested Tony experienced some kind of mental breakdown, he was suffering from depression and not proven, but we

think someone slipped him something according to a close family friend. He was not himself I was trying to call hospitals and was searching for somewhere to have him committed. He wouldn't sleep he was paranoid; he would leave his room and jump in the bed with us and I would let him sleep. But If I got up, he would wake up almost as if he thought we was against him.

I had a used car I bought and it had a bumper sticker that said something records on the car and he told me mom don't tell me you have a record studio and it was weird because I told him no it was a bumper sticker that came with the car. My husband would call me every night saying he couldn't do this, because tony wouldn't let him sleep even when he locked the bedroom door. I think my husband was afraid. I was hurting, because this was my son, my baby boy and he was losing his mind.

Your Honor, I'm not in no way making excuses for Tony I really believe he wasn't in his right state of mind. I lost a son, my kids' father and two boyfriends to violence and neither of us had any counseling. Tony was losing friends left and right and I think it took a toll on him and he started a downward spiral.

I love my son and I know if he had a chance to do things all over again and the right way he would. He already expressed to me and others remorse and that he will never go back to jail and that he wants to do things different by getting a job and focusing on music and he is very talented. He has certificates where he has forklift training and we can encourage him to go back to school.

Myself and family intend on making sure we give him lots of support and help to get him back on track and on to positive things when he returns to society. Please your Honor if you could show leniency I know and he know what he did was wrong, but 9 years is excessive. I know if he had a second chance to do better, he would, not just speaking as his mother, but I see the reaction he has on people that come in contact with him. Thank you, your Honor,


Sincerely,

Jessica Vallier