# EXHIBIT C

Suzette Jones
1777 E. Lynwood Dr. B201
San Bernardino, Ca 92404
August 26, 2022

The Honorable John A. Kronstadt
United States District Judge
First Street Courthouse
350 W. 1st Street, Courtroom 10B, 10th Floor
Los Angeles, Ca 90012

Dear The Honorable John A. Kronstadt:

I am writing on behalf of my nephew Tony Stewart.  Before I begin, allow me to introduce myself.  My name is Suzette Vallier Jones.  Vallier is my maidens' name.  I am a country girl from a small town in Louisiana called Iota.  The town is small, but we have a big heart.  I came from a family of ten.  I moved to California in 1986.  I have six beautiful children and a city full of kids I treat like my own.  I worked with the juvenile until I retired into ministry for Christ.  I attended San Bernardino Valley College, where I obtained my Associate of Arts Degree in Human Service with a concentration in drug and alcohol counseling and completed an internship with Judge Morris from Drug Court.  I currently sit on the Board of Directors at the Inland Behavior Health Services in San Bernardino.  I have served with the board for four years and am a registered voter.  I have compassion for people and a heart to help.

I helped raised Tony when he was a baby until the ripe age of ten years old.  Growing up for Tony was not easy.  It was sad.  He lost his father, to gun violence, when he was only 9 ½ months old.  Then, later in his life, Tony lost his older brother to gun violence.  My sister, Jessica, did everything she could to provide for her seven children.  Jessica worked two jobs to make ends meet.  Growing up in an under privilege environment is challenging.  Tony became victim to his environment.  He followed the wrong crowd and fell under peer pressure.  The galore or guns and money that the streets glorified enticed him.  There is no justification for Tony's actions.  Tony knew better.

Nevertheless, Tony is such a sweet and loving young man.  I have never had an issue with Tony growing up.  He always kept a smile and was happy despite his situation.  Tony always held a football in his hand, hoping to become a professional football player one day.  This is unfortunate what happened.  I know that Tony regrets his decision.  We cannot turn back the hands of time, but I know he would do things differently if he had to do it all over again.

The Honorable John A. Kronstadt
August 26, 2022
Page 2


I sincerely hope you consider this letter before passing on any verdict.  I ask for leniency in the name of the Lord Christ, have mercy on my nephew, Tony Stewart.  Tony is a good young man who was misguided.  We all have something or things we are not proud of but we learn from them. Tony has learned a huge lesson from this, and I am sure we will get to see his good work bringing fruitful results to our society.   Tony is surrounded by a loving and supporting family.

Thank you for being so considerate.


Sincerely,


*Suzette Jones*
Suzette Jones
Loving Aunt