# EXHIBIT D

The Honorable Judge John A. Kronstadt
United States District Judge
First Street Courthouse
350 W. 1st Street, Courtroom 10B, 10th Floor
Los Angeles, CA 90012

Dear Honorable Judge John A. Kronstadt

My name is Rodneysha Jones, I am Tony Stewart's eldest sister. I am not writing this letter to sugarcoat anything but to purely give you insight about my brother. Despite his current situation I am proud of him and the fact he is standing up being a man and taking accountability for his actions. He has always been that way. He is the last of seven so he is a bit spoiled and was a bit sheltered. If you knew Tony personally you would see he is a really great person with a heart to match. He is sweet, caring and loves his family. After the death of his father it has always just been us, my brothers, my sisters, my mom and I, then later on came the grandkids. No matter any disagreements or fussing we always came together as nothing happened moments later. Unconditional love! In 2014 we lost our brother and it devastated us but the boys took it the hardest, but it made us realize people will come and go but family is all we have. He is a great uncle, he was very active in all their lives, he loves all 12 of his nieces and nephews and they love him just as much. He is uncle toeyee as some of them who could barely speak called him. He is loved by many people in different aspects of life. What I mean by that is, when he worked for Horrigan his coworkers loved him, as well as the clients. Even after his departure from the job several of them still ask about him until this day. Everyone who meets him grows a fondness of him. He has a heart of gold. I do not know too many men who will work with the mentally disabled and not be hesitant to quit. I know several men who could never work that type of job but he did it with ease and a smile. He attended events at the regional center where he assisted the clients with games and activities, he truly is a gem who temporarily went down the wrong path. He has been through a few traumatic experiences but he stayed strong and got through them. I can honestly say my brother is regretting his decisions he made which got him in this situation. After he learned of my mother's recent surgery, it kills him that he is not out to be by her side. That he is not out here with all of us. When he saw her current stature and weight loss it really did something to him. I know it made him realize that his actions were not worth losing out on time he could have spent with our mother, with family, with his nephew who just turned 10 months who he grew so fond of. I actually named him after him, I named him after all of my brothers. That's how much I love them. My mom is truly his pride and joy, once he gets out he will change for the better. I believe in my heart that all it took was for my mom to have a health scare to reach him, for him to know life is too short and you should enjoy it to the fullest with family. God, family and peace! I am not saying my brother is perfect but he is not a bad person, he just made a bad decision and I feel he deserves one more chance your honor. PLEASE! I feel this experience along with my mom's health; has him thinking more clearly. I have and always will have faith in him. I thank you for giving me the opportunity to speak on his behalf.

MUCH PEACE AND BLESSINGS TO YOU
Sincerely Rodneysha Jones