# EXHIBIT E

Johnae Fox
4444 Grove Landing Dr.
Grovetown, Ga 30813
August 26, 2022

The Honorable John A. Kronstadt
United States District Judge
First Street Courthouse
350 W. 1st Street, Courtroom 10B, 10th Floor
Los Angeles, Ca 90012

Dear The Honorable John A. Kronstadt:

I am writing this letter with anguish and a heavy heart to ask you for leniency for my first cousin, Tony Stewart. Although Tony is my first cousin, he is more like a brother to me because our families are inseparable. My mom and Aunt Jessica played an essential role in our family's growth and development. My mom has six kids, and my aunt had seven. Although I am older than Tony, we are the youngest of the two families. I was born and raised in San Bernardino, Ca, where I attended Middle College High School and graduated from San Bernardino Valley College. I was then accepted into the University of California Riverside, where I began to study Political Science/ Law and Society. Later, in 2012, I enlisted in the United States Army. I currently serve as an Instructor, teaching Army Signal Officers lower tactical internet at the Signal Officer Leader Development College in Fort Gordon, Ga. I have over ten years in service, two combat tours to Afghanistan, and one overseas tour to Germany. I have been awarded the Meritorious Service Medal, the Bronze Order of Mercury, three Army Good Conduct Medals, and more. I obtained my Bachelor of Arts in Humanities and am a prospective graduate of the 2023 commencement ceremony for the Masters of Public Administration Program at the University of Southern California. Finally, I currently reside in Georgia with my husband and two kids.

Before I decided to depart San Bernardino, just like Tony, I too had fallen into the enemy's snare and became a product of my environment. I was 16 and pregnant with no plan involved with the wrong crowd. It was so easy for us to get involved with the wrong group or make an unfavorable decision when there was not much to choose from. We stayed in apartment complexes that were filled with gangs and violence. Our neighborhood was typical of government assistance, teen pregnancies, murders, robberies, drugs, and other crimes. I will not make an excuse for Tony because I serve the people of the United States and live the Army values.  However, sentencing Tony to a longer sentence will not address the real issue. Most families where I am from do not have the luxury of moving to a new, more positive environment. It is infrequent that a person "make it out the hood."

The Honorable John A. Kronstadt
August 26, 2022
Page 2

I love my home and always represent where ever I go. I hope to open a nonprofit youth center in San Bernardino to help change the culture, educate the less fortunate neighborhoods, and give them other alternatives. I envision Tony being a part of that atmosphere where he can be a testimony to the future generation and help redirect the ones going down the same path.

Tony is a talented, loving, and happy person. I wish he had the mentorship and guidance I know he will provide to other kids. Unfortunately, his father and older brother died due to gun violence. Unfortunately, Tony did not have an actual role model he could look up to.  In a way, he looked up to me. I "made it out of the hood." He always told me how proud he was of me. Whenever I returned home to visit, I always looked forward to seeing him. I encouraged him to finish school and continue his dream of playing football. We would call him Little Tony, but in reality, he was big Tony. Big in love, big in spirit, big in generosity, big in personality.

The transgression of 18 United States Code Section 1951 (a) Conspiracy with Commerce by Robbery should not be the only factor you look at in this case. I tell you without a doubt that Tony is incredibly remorseful for what he has done. It was an immature mistake, but Tony deserves a second chance. I sincerely hope you consider this letter before passing on any verdict.

I appreciate your consideration.

Sincerely,

*Johnae Fox*

Johnae  Fox
Supportive Cousin