# EXHIBIT F

From, Jasmine Casados

Dear Judge John A. Kronstadt, I want to thank you for hearing me out. My name is Jasmine, I am Tony's girlfriend. We have been together for 6 years. We met each other when we were 16 years old. I live in San Bernardino, and I work for Janet's Enterprise. I am a caregiver. Tony had worked for this same company as well, he was also a caregiver.

I know what Tony did wasn't the right thing to do, and I know he is sorry for all that he has done, but he is more than his mistakes. He is a caring, loving and protective person. Full of laughs and love. We watched each other grow and we are continuing to grow because there is always room for improvement. When I used to play basketball in high school he would always wait for me until practice was over, we would always try to see each other as much as we could when we first started dating because my mom was scripted, but through the years he has grown on her and she loves him so much as well. I remember all our memories like it was yesterday. Our anniversary is coming up, September 3rd. I wish we could be able to spend it together but we'll be able to again soon. Growing up he did go through a lot, and even after, but that never stopped him from being the good person he is. It's a lot of things he could have done differently, and I feel like he's learned from his mistakes. He has been reading and working on himself since he's been incarcerated. He's always telling me about books he wants me to check out and read. Overall Jail is not for him but it has been a lesson. He has so much to accomplish and I want him to reach every goal. Behind his mistakes he is a creative individual. He has so much good to put out in the world. I want to see him reach his full potential. The love he has for his family and me is something I adore because he is a loving soul. He loves his mom wholeheartedly and he is a mama's boy. We all miss him so much. We always talk about the future and what he wants to do for his family and me. I love hearing him talk about

the goals he wants to reach and I believe he will reach every single one of them. I pray for him and I know God will forgive him for his sins. He may have taken the wrong route but the outcome will change him for the better. I pray you judge him by his heart and not by his mistakes.

Sincerely, Jasmine Casados.